United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Re: *Kumaran et al vs. ADM Investor Securities et al  1:20-Cv-03873*


**NOTICE OF PAYMENT 1:20:CV03873**


COURT RECEIVED PAYMENT MAY 28, 2020


Dear Honorable Court,


Please find attached notice of payment in accordance with April 1 ECF Addendum for Covid19
rules. Receipts and proof of delivery are attached.


Respectfully submitted,

//SSK//

Samantha S. Kumaran