## UNITED STATES POSTAL SERVICE — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION — NOT NEGOTIABLE

Pay to: CLERK, USDC, SDNY
Address: CASHIERS – ROOM 120
500 PEARL STREET NYC 10007

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 26527640815
Year, Month, Day: 2020-05-26
Post Office: 207440
Amount: $400.00
Clerk: 23

## UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER

Serial Number: 26527640815
Year, Month, Day: 2020-05-26
Post Office: 207440
U.S. Dollars and Cents: $400.00
Amount: Four Hundred Dollars and 00/100 ************
Clerk: 23

Pay to: CLERK, USDC, SDNY
Address: CASHIERS – ROOM 120
500 PEARL ST NEW YORK, NEW YORK 10007
From: SAMANTHA SIVA KUMARAN
Address: 119 W 72 NYC 10023
Memo: CASE # 1:20-CV-03873

1:000000800 2I: 26527640815 II"

© 2008 United States Postal Service. All Rights Reserved.
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

## U.S. Postal Service CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

NEW YORK, NY 10007

Certified Mail Fee: $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery

Postage: $0.55
Total Postage and Fees: $4.10

Postmark Here — FT. WASHINGTON D.O. 20744 0998 — MAY 26 2020 — USPS
05/26/2020

Sent To:
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

7019 0700 0000 3138 4582

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

0744 93

---

**CERTIFIED MAIL**

SAMANTHA SIVA KUMARAN
119 W 72ND ST NYC 10023

7019 0700 0000 3138 4582

CASHIERS – ROOM 120
500 PEARL STREET
NEW YORK, NY 10007

CASE 1:20-CV-03873

U.S. POSTAGE PAID
FCM LETTER
FORT WASHINGTON, MD 20744
MAY 26, 20
AMOUNT
$4.10
1000   10007   R2304N118455-93