**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE …**

## USPS Tracking®

FAQs >

Track Another Package +

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70190700000031384582

Remove X    Feedback

Your item was delivered to the front desk, reception area, or mail room at 11:35 am on May 28, 2020 in NEW YORK, NY 10007.

### ✓ Delivered

May 28, 2020 at 11:35 am
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

**Get Updates** ∨

---

Text & Email Updates    ∨

---

Tracking History    ∧

May 28, 2020, 11:35 am
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

Case 1:20-cv-03873-UA   Document 3-2   Filed 05/28/20   Page 2 of 2

Your item was delivered to the front desk, reception area, or mail room at 11:35 am on May 28, 2020 in NEW YORK, NY 10007.

May 28, 2020, 9:54 am
Out for Delivery
NEW YORK, NY 10007

May 28, 2020, 9:43 am
Arrived at Unit
NEW YORK, NY 10007

May 27, 2020, 7:00 pm
Departed USPS Regional Destination Facility
NEW YORK NY DISTRIBUTION CENTER

May 27, 2020, 1:23 pm
Arrived at USPS Regional Destination Facility
NEW YORK NY DISTRIBUTION CENTER

May 27, 2020
In Transit to Next Facility

May 26, 2020, 9:45 pm
Departed USPS Regional Origin Facility
GAITHERSBURG MD DISTRIBUTION CENTER

May 26, 2020, 9:14 pm
Arrived at USPS Regional Origin Facility
GAITHERSBURG MD DISTRIBUTION CENTER

May 26, 2020, 4:03 pm
USPS in possession of item
FORT WASHINGTON, MD 20744

Feedback

**Product Information**