IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

| Plaintiff | Case Number |

vs.

Defendant

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |

vs.

Defendant

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Judge assigned on June 3, 2020.
No other procedural activity.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

SIMILARITIES

Certain overlapping facts during the period June 2014 - Nov 2019 related to same underlying fraud.

Some discovery may be similar, in portions of case.

Causes of aiding and abetting and conspiracy related in the cases.

DIFFERENCES

Separate and distinct causes of action and relief for ADMIS as commercial actors.

Causes of Recission of Contract are distinct to ADMIS case.

Causes of fraud, RICO, related to FCM are distinct to ADMIS case.

Separate and distinct liability and damages for ADMIS as commercial actors.

Separate and distinct regulatory statutes for NFA under 7 USC 25.

Separate and distinct liability for NFA, as State Actor and Regulatory Compliance

Completely distinct arguments and memoranda of law related to NFA.

Separate and distinct Jury trials requested.

Signature: Samantha Siwakumaran Date: 06/08/2020

Firm: ______________________