```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, OTHERS           :
SIMILARLY SITUATED CUSTOMERS 1-100,     :
OTHERS SIMILARLY SITUATED CTA 1-100,    :
and NEFERTTI RISK CAPITAL               :       1:20-cv-03873-GHW
MANAGEMENT, LLC                         :
                                        :       ORDER REFERRING CASE TO
                         Plaintiffs,    :       MAGISTRATE JUDGE
                                        :
        -against-                       :
                                        :
ADM INVESTOR SERVICES, INC.             :
                         Defendant.     :
------------------------------------------------------------------X

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

    Particular motion:
    _____
    _____

    All such motions: _____

SO ORDERED.

Date:   August 10, 2020

                                            _____
                                                   GREGORY H. WOODS
                                                United States District Judge