```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Samantha Siva Kumaran,

                        **Plaintiff,**

     -against-

ADM Investor Services, Inc.,

                        **Defendant.**

1:20-cv-03873 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

     It is hereby Ordered that Defendant shall move, answer or otherwise respond to the Amended Complaint (ECF No. 15) no later than December 1, 2020. The Court shall email a copy of this Order to counsel for Defendant who executed the waiver of service. (*See* ECF No. 8.)

**SO ORDERED.**

DATED:     New York, New York
               October 27, 2020

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge