UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                                        Plaintiff,

                -against-

ADM Investor Services, Inc.,

                                        Defendant.

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____         │
│ DATE FILED:__1/19/2021__        │
└─────────────────────────────────┘
```

1:20-cv-03873 (GHW) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

STEWART D. AARON, United States Magistrate Judge:

The parties are directed to appear for a telephone conference on Tuesday, January 26, 2021, at 10:30 a.m. EST to discuss the status of this action and the two related actions. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:        New York, New York
              January 19, 2021

              _____
              STEWART D. AARON
              United States Magistrate Judge