

IN ARBITRATION
BEFORE
NATIONAL FUTURES ASSOCIATION

| | |
|---|---|
| Nefertiti Risk Capital Management LLC, ) | |
| ) | |
| Claimant, ) | |
| ) | |
| v. ) | Case No. 18-ARB-5 |
| ) | |
| ADM Investor Services, Inc., ) | |
| High Ridge Futures, LLC, ) | |
| Lazzara Consulting, Inc., ) | |
| Robert Boshnack, John Felag, ) | |
| Joshua Herritt, Greg Hostetler, ) | |
| Gerard Lazzara, and Howard Rothman, ) | |
| ) | |
| Respondents. ) | |

We, the Arbitrators appointed to hear and determine this matter, have reviewed Nefertiti Risk Capital Management LLC's (NRCM) 11/12/20 Motion to Extend the Stay and Respondents' 11/23/20 Opposition to Claimant's Motion to Extend the Stay. In addition the Panel accepted and reviewed NRCM's 11/25/20 Email Reply.

NRCM's Motion to Extend the Stay is DENIED. This matter is permanently stayed until such time a court instructs NRCM it must arbitrate at NFA.

Dated: 1/14/2021        By: *Debra A. Jenks*
                             Debra A. Jenks, Chairperson

Dated: 1-15-2021        By: _____
                             Terry Ross, Panelist

Dated: /1/15/21/        By: /Kathleen M. Hodge/
                             Kathleen M. Hodge, Panelist