```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                Plaintiff,

-against-

ADM Investor Services, Inc.,

                Defendant.

1:20-cv-03873 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The deadline for Plaintiff to respond to Defendant's motion to compel arbitration (ECF No. 21) is extended until February 12, 2021.[1]

2. Defendant shall file its reply, if any, no later than March 10, 2021.

**SO ORDERED.**

DATED:    New York, New York
              January 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] If the parties do not stipulate to adding Nefertiti Risk Capital Management, LLC as a plaintiff in this action, Plaintiff also shall file an appropriate cross-motion seeking such relief no later than February 12, 2021.