```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                Plaintiff,

-against-

ADM Investor Services, Inc.,

                Defendant.

1:20-cv-03873 (GHW) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Wednesday, February 10, 2021 at 10:00 a.m. EST to discuss Defendant's February 8, 2021 Letter Motion. (*See* ECF No. 31.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

Plaintiff will have the opportunity to orally respond to Defendant's motion during the telephone conference. If Plaintiff wishes to file a written response prior to the conference, she must do so by 5:00 p.m. on Tuesday, February 9, 2021.

**SO ORDERED.**

DATED:    New York, New York
              February 8, 2021

_____
STEWART D. AARON
United States Magistrate Judge