UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021

Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,

            Plaintiffs,

-against-

ADM Investor Services, Inc.,

            Defendant.

1:20-cv-03873 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Wednesday, May 26, 2021, Defendant shall file any and all pleadings from the NRCM Arbitration, NFA Case No. 18-ARB-5, as well as any written rulings from the Arbitration Panel, to the extent such documents have not previously been filed in this case.

**SO ORDERED.**

DATED:    New York, New York
              May 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge