## RE: 18-ARB-5 Pleadings / Documents to be filed under seal

Received: **Tuesday, May 25, 2021 12:41 PM**

From: **Ashley Fawver afawver@ksrlaw.com**

To: **samantha@timetricsrisk.com samantha@timetricsrisk.com, bmaugust61@gmail.com bmaugust61@gmail.com**

CC: **Daryl Schumacher dschumacher@ksrlaw.com, Martin Doyle mdoyle@ksrlaw.com**

Attached is the 22 page Master Claim I referenced below (you can also access this document via the link I sent). As to how we received the Master Claim, it was part of the statement of claim that the NFA served upon ADMIS.

With respect to confirming what we have of the outbound pleadings you referenced, see my comments in red below:

| Outbound Pleadings in 18-ARB-5 Document ID | | |
|---|---|---|
| Master Summary Claim | 42 pages –Summary Complaint<br><br>We have this but its titled NRCM Summary of Claim | No redactions |
| Appendix A | 65 pages – Rules violated<br><br>I do not believe we received. | No redactions |
| Appendix 1 | 200 pages – Timeline<br><br>We have this document. | No redactions |
| Appendix B | 14 pages – Heating Oil Errors<br><br>I do not believe we received. | No redactions |
| Appendix C | 24 pages – Crude Oil Errors<br><br>I do not believe we received. | No redactions (**Except Appendix_C_Exhibits\*\* Financial paper exhibits filed as C19, C24 and C25 attached to back redacted filed under seal**) |
| Appendix H | 9 pages - Anti Money Laundering Errors<br><br>I do not believe we received. | No redactions |

| Appendix K | Claims table<br><br><span style="color:red">I do not believe we received.</span> | No redactions |
|---|---|---|
| **Appendix Exhibits\*\*** | **160 pages, including screenshots and financial data from NRCM's accounts**<br><br><span style="color:red">We have pages B1-13, C1-18, C20, E1, H16-21, I1-17.</span><br><br><span style="color:red">I do not believe we received the remaining exhibits.</span> | COMMERCIALLY SENSITIVE AND TRADE SECRET \*\*Contains account data |

Again, I'm in the process of double checking to make sure I have not overlooked the referenced outbound pleadings—I'll provide you an update by end of business day.

Here's an index of the documents we provided via the link that we intend to file. Just to make sure I have this correct, once you've had a chance to review, can you confirm the highlighted documents are the documents we need to redact before filing.

| Document |
|---|
| NRCM Master Claim |
| NRCM Summary of Claim |
| Appendix L |
| Appendix 1 Statement of Facts 1 of 3 |
| Appendix 1 Statement of Facts 2 of 3 |
| Appendix 1 Statement of Facts 3 of 3 |
| Appendix Exhibits to Summary of Claim B1-13, C1-18, C20, E1 |
| Appendix Exhibits to Summary of Claim H16-21, I1-17 |
| ADMIS Preliminary Answer dated September 20, 2018 |
| NRCM Response to Respondents' Preliminary Answer |
| Respondents' Supplemental Answer and Affirmative Defenses to Statement of Claim |
| 2019 6 11 Order on Postponing Pre-hearing Conference |
| 2019 6 27 Order on Oral Argument |
| 2019 8 24 Order on NRCM Motion to Disqualify Joint Representation |
| 2019 8 24 Order on Revised Discovery Timetable |
| 2019 9 12 Order Denying Claimant's Motion for Sanctions |
| 2019 9 26 Order on Defamation |
| 2019 10 10 Order Granting NRCM Motion for Subpoena Re Koutoulas |
| 2019 10 10 Order Granting NRCM Motion for Subpoena To NFA |
| 2019 10 10 Order Granting NRCM Motion to Compel |
| 2019 10 22 Order Confirming Terms Of Koutoulas Dep |
| 2019 11 5 Order on Denying NRCM Motion to Reconsider |
| 2019 11 13 Order on Confidentiality, Discovery and Stay |
| 2019 11 13 Order on Previous Koutoulas Order |
| 2019 11 18 Order Granting Stay |
| 2020 12 14 Order Extending Stay |
| 2021 1 15 Order on Stay |



**From:** Samantha Kumaran <samantha@timetricsrisk.com>
**Sent:** Tuesday, May 25, 2021 10:43 AM
**To:** Ashley Fawver <afawver@ksrlaw.com>
**Cc:** bmaugust61@gmail.com; Daryl Schumacher <dschumacher@ksrlaw.com>; Martin Doyle <mdoyle@ksrlaw.com>
**Subject:** RE: 18-ARB-5 Pleadings / Documents to be filed under seal

Ashley, Thanks for the email and your response. Pleasure to meet you. Can you please re-confirm you did not receive the outbound pleadings? They were definitely in my June 8 service and that is a material discrepancy. I do not understand how you could only have been served "some of the Exhibits" when I bound the files via Fedex as a packaged and bound document.

To be safe, I intend to file a letter motion shortly to file the exhibits I mentioned below (Appendix Exhibits and Appendix C) under seal.

I suggest that until we resolve this material discrepancy that other exhibits (which were not served?) are filed under seal until resolved.

I am looking through the documents now and they clearly do not match mine and will revert shortly. Thanks again for your cooperation.

Was anything else in the service? I also do not know what you mean by 22 pages claim. That was never served.

Kind regards,

Samantha S. Kumaran

President and CEO

samantha@timetricsrisk.com

Phone: 212 431 5098 (Office)

Mobile: 917-636-1364 (Cell)



This email and its attachments are for the named addressee(s) only. It may contain information which may be confidential and privileged. If you are not the intended recipient, please notify the sender immediately, destroy this email and any attachments, and do not otherwise disclose or use them.

This email and its attachments do not constitute or may not be used for the purpose of an offer to sell, solicitation of an offer to buy, a partnership interest in any fund or transaction described herein. No such offer or solicitation will be made prior to the delivery of the applicable risk disclosure document, offering memorandum and related materials. All profits disclosed herein are accompanied by risks. An investor understands that under any investment that investor may lose all or part of its equity in any time frame. Past performance is not indicative of future performance. Options and futures and trading is not a suitable investment vehicle for all investors. The risk of loss in trading commodity interests can be substantial. You should therefore carefully consider whether such trading is suitable for you in light of your financial condition.

Neither Timetrics or its officers, employees, agents or representatives warrant the accuracy, adequacy, or completeness of the information contained herein and Timetrics expressly disclaims liability for errors or omissions. No warranty of any kind implied, express, statutory is given by Timetrics or its officers, employees, agents or representatives in connection with the information herein. Under no circumstances may this email or its attachments, or any part thereof, be disclosed, reproduced, redistributed without the express permission of Timetrics.

------- Original Message -------

On Tuesday, May 25, 2021 10:24 AM, Ashley Fawver <afawver@ksrlaw.com> wrote:

Good morning Ms. Kumaran,

We have not been introduced but my name is Ashley Fawver and I'm a colleague of Daryl Schumacher. Daryl is out of pocket for the week so I'll be helping out with this matter.

I've attached a link below to the documents we intend to file for your review. I'll send the password to the link in a separate email.

Please note that the statement of claim ADMIS was served with is different from the documents you have listed as outbound pleadings.

While we are still double checking, as of now I believe that we received: Master Summary Claim (42 pages),

Appendix 1 (200 pages),

Some of the Appendix Exhibits (B1- B13, C1-C18, C20, E1, H16-H21, and I1-I17), and

A 22 page document titled Master of Claim that you do not reference as an outbound pleading.

We do not have Appendix A, Appendix B, Appendix C, Appendix H, Appendix K, and some of the Appendix Exhibits.

Please let us know which pages from the attached documents you would like us to redact and we will do so before filing.

Additionally, seeing that the matter is proceeding in front of Judge Aaron, please let me know you thoughts on whether we should adhere to Judge Aaron's individual rules concerning filing documents under seal rather than Judge Wood's—they are slightly different in that Judge Aaron requires us to submit a joint submission. Rule 3(E) of Judge Aaron's Individual Rules, a copy of which is also attached to this email. We intend on taking no position regarding the confidentiality of the documents.

Best,

Ashley

https://www.dropbox.com/sh/crmgjwkum2b3j7j/AADRAQH9uj_825jU70w8iLC2a?dl=0

ASHLEY FAWVER

KOPECKY SCHUMACHER ROSENBURG LLC
120 N. LaSalle St. ● Suite 2000 ● Chicago ● Illinois ● 60602
Direct 312-380-6637
afawver@ksrlaw.com
www.ksrlaw.com

**From:** Samantha Kumaran <samantha@timetricsrisk.com>

**Sent:** Monday, May 24, 2021 1:54 PM

**To:** Daryl Schumacher <dschumacher@ksrlaw.com>; Martin Doyle <mdoyle@ksrlaw.com>

**Cc:** Brian August <bmaugust61@gmail.com>

**Subject:** 18-ARB-5 Pleadings / Documents to be filed under seal

Dear Daryl,

Pursuant to the recent Court Order for Defendant to file the 18-ARB-5 Arbitration pleadings I have gone through the outgoing complaint that was filed on Jun 8, 2018. Since the NFA Arbitration was based on paper filing (meaning it was filed using hard-copies and Fedex - and not electronically), I was never sent a copy of what was actually sent in service -  I want to make sure our record of the pleadings matches and that you have notice on the exact documents we seek redacted. I have therefore attached to this email the exact 2 documents (***Appendix_Exhibit**s and "**Appendix_C_Supplement_Exhibit**s) that we are requesting to be filed under seal, that contains our confidential and commercially sensitive account data and financial information.  I have also attached below a table of what was sent in the outgoing pleading.

The 2 documents attached contain Plaintiffs commercially sensitive and highly sensitive information financial data that we ask to be redacted and filed under seal. I will also be filing a letter motion to redact those 2 documents.

Here is a table of the remaining documents we have that were contained in Jun 8 2018 outbound filing

| Outbound Pleadings in 18-ARB-5 Document ID | | |
|---|---|---|
| Master Summary Claim | 42 pages –Summary Complaint | No redactions |
| Appendix A | 65 pages – Rules violated | No redactions |
| Appendix 1 | 200 pages - Timeline | No redactions |
| Appendix B | 14 pages – Heating Oil Errors | No redactions |
| Appendix C | 24 pages – Crude Oil Errors | No redactions (**Except Appendix_C_Exhibits**_Financial paper exhibits filed as C19, C24 and C25 attached to back redacted filed under seal_) |
| Appendix H | 9 pages - Anti Money Laundering Errors | No redactions |
| Appendix K | Claims table | No redactions |
| **Appendix  Exhibits**** | 160 pages, including screenshots and financial data from NRCM's accounts | COMMERCIALLY SENSITIVE AND TRADE SECRET **Contains account data |

We please ask that you also send us a copy of the pleadings or letters that you intend to file (before hand) so that we may identify if it contains commercially sensitive information before filing on the docket. As of now, based on our own records above, the two 2 files attached (**Appendix_Exhibits** and **Appendix_C_Supplemental_Exhibits**) from the attached table are requested to be filed under seal for SELECT PARTIES under ECF filing. This is consistent with Hon. Judge Greg Wood Individual Rules 4 (a) for protecting trade secrets and/or when another party (Plaintiffs) assert the documents contains their own financial and commercially sensitive information.

If ADMIS has any redactions of confidential data (above ours) we do not object to you filing additional information under seal pending any motion or order related to redaction.

Thank you for your cooperation. If you have any questions or comments please contact me before Wednesday.

Kind regards,

Samantha S. Kumaran

President and CEO

[samantha@timetricsrisk.com](mailto:samantha@timetricsrisk.com)

Phone: 212 431 5098 (Office)

Mobile: 917-636-1364 (Cell)



This email and its attachments are for the named addressee(s) only. It may contain information which may be confidential and privileged. If you are not the intended recipient, please notify the sender immediately, destroy this email and any attachments, and do not otherwise disclose or use them.

This email and its attachments do not constitute or may not be used for the purpose of an offer to sell, solicitation of an offer to buy, a partnership interest in any fund or transaction described herein. No such offer or solicitation will be made prior to the delivery of the applicable risk disclosure document, offering memorandum and related materials. All profits disclosed herein are accompanied by risks. An investor understands that under any investment that investor may lose all or part of its equity in any time frame. Past performance is not indicative of future performance. Options and futures and trading is not a suitable investment vehicle for all investors. The risk of loss in trading commodity interests can be substantial. You should therefore carefully consider whether such trading is suitable for you in light of your financial condition.

Neither Timetrics or its officers, employees, agents or representatives warrant the accuracy, adequacy, or completeness of the information contained herein and Timetrics expressly disclaims liability for errors or omissions. No warranty of any kind implied, express, statutory is given by Timetrics or its officers, employees, agents or representatives in connection with the information herein. Under no circumstances may this email or its attachments, or any part thereof, be disclosed, reproduced, redistributed without the express permission of Timetrics.

 image001.gif 11.01 KB     image002.png 0.73 KB     Master Claim.pdf 4.89 MB