**VIA ECF/EMAIL**

Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Kumaran vs. ADMIS - 1:20-Cv-03873-GHW-SDA*

Dear Hon Judge Aaron,

     Pursuant to Order ECF51, the Court ordered Defendants to file on the record all Orders related to 18-ARB-5. Plaintiffs have noted that some of the Orders were not filed at ECF57 and are missing.

     Accordingly Plaintiffs document their own record of Orders highlighting the ones that were missed by ADMIS. Also attached as exhibits are full copy of records. The Court should respectfully take note that the Panel used "Order numbers" such as Serve Order 1, Serve Order 2 up until Serve Order 19 and the following table lists the Orders as issued in Order Number sequence used by Panel and/or NFA.

     Finally, Plaintiffs disagree with the Defendants' characterization in the summary of the orders. The Orders contained sometimes multiple parts. For example, without limitation, Order 8 was a ruling on a "Defamation Litigation Notice" filed by ADMIS against Kumaran, individually, for speaking truthfully to another NFA member that her account had been unlawfully shared by ADMIS with disbarred Vision defendants. ADMIS sent "defamation litigation notices" threatening to bring Kumaran individually into Federal Court for being truthful to another CTA and discussing the matter. The Panel ruled it had no jurisdiction over the matter. ADMIS instead wrongly categorizes this order as motion denying sanctions. Plaintiff also filed for sanctions as ADMIS (themselves) sought to void the arbitration and sue Kumaran individually in Federal Court for defamation – some irony in fact in the Motion to Compel – claiming these claims are non-arbitrable.

     Attached are Plaintiffs complete records which include the missing items.

## TABLE OF ORDERS 18-ARB-5

| Date | Order_# | Summary | ADMIS Filed ECF57 | Ruled by |
|---|---|---|---|---|
| 8/6/2018 | | Order of Service | Exhibit 21 | NFA |
| 3/11/2019 | | Order on Panel Appointment | MISSING | NFA |
| 6/11/2019 | Order1 | Reschedule Conference | Exhibit 24 | Panel |
| 6/27/2019 | Order2 | Prehearing Conference | Exhibit 25 | Panel |
| 7/1/2019 | | Conference Schedule | MISSING | NFA |
| 8/7/2019 | Order 3 | Order on Motion to Disqualify | MISSING | Panel |
| 8/28/2019 | Order 4 | Order on Motion to Disqualify | Exhibit 26 | Panel |
| 8/28/2019 | Order 5 | Order on Scheduling | Exhibit 27 | Panel |
| 9/12/2019 | Order 6 | Order on Scheduling | Exhibit 28 | Panel |
| 9/16/2019 | Order 7 | Order on Scheduling | MISSING | Panel |
| 9/26/2019 | Order 8 | Order on Defamation out of jurisdiction | Exhibit 29 | Panel |
| 10/11/2019 | Order 9 | Order on ADMIS to produce | Exhibit 30 | Panel |
| 10/11/2019 | Order 10 | Order on NFA to produce | Exhibit 31 | Panel |
| 10/11/2019 | Order 11 | Order on James Koutoulas deposition | Exhibit 32 | Panel |
| 10/22/2019 | Order 12 | Order on James Koutoulas deposition | Exhibit 33 | Panel |
| 10/31/2019 | Subpoena | Panel signed subpoena 1 on NFA | MISSING | Panel |
| 11/1/2019 | Order 13 | Order on subpoena 2 on NFA | MISSING | Panel |
| 11/4/2019 | Subpoena | Panel signed subpoena 2 on NFA | MISSING | Panel |
| 11/5/2019 | Order 14 | Order on reconsideration | Exhibit 34 | Panel |
| 11/13/2019 | Order 15 | Order deny change to Koutoulas deposition | Exhibit 35 | Panel |
| 11/13/2019 | Order 16 | Order on Stay | Exhibit 36 | Panel |
| 11/17/2019 | Order 17 | Order granting stay | Exhibit 37 | Panel |
| 11/13/2020 | | Order on extension  / Panel resigned | MISSING | NFA |
| 12/15/2020 | Order 18 | Order on extension | Exhibit 38 | Panel |
| 1/15/2021 | Order 19 | Order on extension | Exhibit 39 | Panel |

Respectfully submitted,

//SSK//                                                                //BMA//

Samantha Siva Kumaran                                  Brian M. August, Esq

*Counsel for NRCM*