USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, et al.,

                Plaintiffs,

-against-

ADM INVESTOR SERVICES, INC.,

                Defendant.
------------------------------------------------------------X

1:20-cv-3873-GHW-SDA

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received Plaintiff's objections to the June 7, 2021 order entered by Judge Aaron, Dkt. No. 63. Any opposition is due no later than July 7, 2021; any reply is due no later than July 14, 2021.

    SO ORDERED.

Dated: June 23, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge