USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                   :
SAMANTHA SIVA KUMARAN, et al.,          :
                                                   :
                               Plaintiffs,   :          1:20-cv-3873-GHW
                                                 :
                  -v -                     :          <u>ORDER</u>
                                                 :
ADM INVESTOR SERVICES, INC.,          :
                                                 :
                               Defendant.  :
                                                 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court has received Plaintiffs' requests for an adjournment of the February 18, 2022, conference, Dkt. Nos. 85, 87–88, as well as defense counsel's letter indicating that he is available to appear in person for the conference as scheduled, Dkt. No. 86. Plaintiffs requests are denied.

       Plaintiffs failed to comply with the Court's individual rules, which require parties to include in their requests, among other items, whether the adversary consents to the request. *See* Individual Rules of Practice in Civil Cases 1(A), 1(E). In the future, Plaintiffs are directed to comply with the Court's rules related to communications with the Court and the filing of requests for adjournment or extensions of time.

       Further, the Court is not persuaded by Plaintiffs' proposed reasons for requesting an adjournment. Plaintiffs' filing deadline in a related case has no bearing on Plaintiffs' ability to appear for an in-person conference, particularly given that Plaintiffs stated they are available at the scheduled time to attend telephonically. The Court is also unsure why Mr. August stated in his letter filed today, February 14, 2022, that he needed more time to prepare for the upcoming conference, given that the conference was originally scheduled to take place today and was only adjourned to February 18, 2022, as of this morning. The Court's expectation is that counsel appearing before the Court are adequately prepared. Mr. August's letter suggests that he would not have been prepared if

the conference proceeded this morning as originally scheduled.

For these reasons, Plaintiffs' requests are denied. The conference scheduled for February 18, 2022 will take place as scheduled in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 85, 87, and 88.

SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                                        GREGORY H. WOODS
                                                      United States District Judge