```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
SAMANTHA SIVA KUMARAN, et al.,                                   :
                                                                 :
                                              Plaintiffs,        :       1:20-cv-3873-GHW
                                                                 :
                         -v -                                    :             ORDER
                                                                 :
ADM INVESTOR SERVICES, INC.,                                     :
                                                                 :
                                              Defendant.         :
                                                                 :
---------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on February 18, 2022, Plaintiffs' objections to Judge Aaron's June 7, 2021 Order are overruled. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 71 and 72.

SO ORDERED.

Dated: February 18, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2022