```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,

                      Plaintiffs,

-against-

ADM Investor Services, Inc.,

                      Defendant.

1:20-cv-03873 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on June 7, 2021, I entered an Order staying this action pending arbitration before the National Futures Association ("NFA") (6/7/21 Order, ECF No. 63); and

WHEREAS, on February 18, 2022, Judge Woods overruled Plaintiffs' objections to my June 7, 2021 Order (*see* 2/18/22 Order, ECF No. 90).

NOW, THEREFORE, it is hereby Ordered that on August 22, 2022 the parties shall file a joint letter regarding the status of the NFA arbitration proceedings; <u>provided</u>, <u>however</u>, that if such proceedings are completed prior to August 22, 2022, the parties shall file their joint letter no later than ten days after such completion.

**SO ORDERED.**

DATED:    New York, New York
                February 19, 2022

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge