```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :
SAMANTHA SIVA KUMARAN, et al.,     :
                                                  :
                                 Plaintiffs,  :        1:20-cv-3873-GHW
                                                 :
                         -v -                    :        <u>ORDER</u>
                                                 :
ADM INVESTOR SERVICES, INC.,      :
                                                 :
                                   Defendant.  :
                                                 :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record at the conference held on April 4, 2022, NAM and NHC's request for an extension to file a notice of appeal, is granted in part. The deadline for NAM and NHC to file a notice of appeal is extended to April 18, 2022. NRCM, NAM, and NHC's request for an extension of time to file a motion under Fed. R. Civ. P. 59(e) is denied. NRCM, NAM, and NHC's request for an extension of time to file a motion under Local Rule 6.3 is granted. The deadline for NRCM, NAM, and NHC to file a motion under Local Rule 6.3 is May 4, 2022. NRCM, NAM, and NHC's request for a general stay of this case is denied. Finally, Kumaran's request for an extension of time for any appeal or motion under Rule 59(e) or Local Rule 6.3 is denied.

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 101 and 102.

      SO ORDERED.

Dated: April 4, 2022
       New York, New York
                                                            _____
                                                                GREGORY H. WOODS
                                                            United States District Judge