

# KOPECKY SCHUMACHER ROSENBURG LLC

Attorneys and Counselors

Daryl M. Schumacher<br>
312-380-6556 Direct Dial<br>
dschumacher@ksrlaw.com

May 6, 2022

**<u>VIA ECF</u>**

Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Kumaran et al. v. ADM Investor Services, Inc.* 20-CV-3873-GHW-SDA

Dear Judge Woods:

    I write on behalf of ADM Investor Services, Inc. ("ADMIS") in opposition to Ms. Kumaran's letter motion for an adjournment of the May 13, 2022, conference.

    As an initial matter, Ms. Kumaran filed her letter motion to adjourn 12 minutes into the business day without allowing me reasonable time to respond to her email inquiry from 40 minutes earlier.

    In compliance with Individual Practice Rule 1.E, I do not consent to Ms. Kumaran's request for an adjournment for the following reasons: (i) postponing the hearing will unfairly delay the ultimate disposition of the Order compelling NFA arbitration; (ii) while I am available on May 13, 2022, to travel to New York and participate in person, attempting to reschedule the conference to a date next week would necessitate me canceling other appointments and obligations that I have; (iii) we do not believe that personal business matters should take priority over a Court ordered conference; and (iv) Ms. Kumaran's characterization of her conflict as "important" is vague and insufficient to warrant inconveniencing the other participants in the hearing.

    In the event the Court decides to reschedule the conference, I request that the Court reschedule the hearing to May 9, 2022, or May 10, 2022. I cannot travel to New York on May 11-12, 2022, due to other conflicts. I am also unable to participate the week of May 22nd due to an out of town family obligation.

    For the foregoing reasons, ADMIS requests that the court deny Ms. Kumaran's Motion for an Adjournment.

/s/ Daryl M. Schumacher

Daryl M. Schumacher (IL Bar No. 6244815)
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle St., Suite 2000
Chicago, IL  60602
(312) 380-6556
dschumacher@ksrlaw.com

*Admitted pro hac vice*
*Counsel for Defendant ADM Investor Services, Inc.*