```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
  UNITED STATES DISTRICT COURT                          DOC #: _____
  SOUTHERN DISTRICT OF NEW YORK                         DATE FILED: 5/13/2022
  ----------------------------------------------------------------- X
                                                   :
  SAMANTHA SIVA KUMARAN, et al.,                   :
                                                   :
                              Plaintiffs,          :         1:20-cv-3873-GHW
                                                   :
                  -v -                             :         ORDER
                                                   :
  ADM INVESTOR SERVICES, INC.,                     :
                                                   :
                              Defendant.           :
                                                   :
  ----------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On May 5, 2022, the Court issued an order on the docket scheduled a conference for May 13, 2022 at 12:00 p.m.  Dkt. No. 123.  On May 13, 2022, the Court, the court reporter, Ms. Kumaran, and counsel for Defendant appeared in the courtroom at the scheduled time, but counsel for NRCM, NAM, and NHC did not.  After waiting for forty-five minutes for counsel to arrive, the Court adjourned the conference.

The parties are directed to propose an alternative date in which to hold the conference to the Court no later than May 16, 2022.  The deadline for Defendant file its opposition to the motions pending at Dkt. Nos. 118, 119, and 121 is adjourned *sine die*.

SO ORDERED.

Dated: May 13, 2022
       New York, New York
                                             _____
                                             GREGORY D. WOODS
                                             United States District Judge