```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SAMANTHA SIVA KUMARAN, et al.,                                 :
                                                               :
                                      Plaintiffs,              :       1:20-cv-3873-GHW
                                                               :
              -v -                                             :       ORDER
                                                               :
ADM INVESTOR SERVICES, INC.,                                   :
                                                               :
                                      Defendant.               :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Joel MacMull's application to discuss his request to withdraw from this matter with the Court *ex parte*, Dkt. No. 136, is denied. Motions to withdraw as counsel must be made pursuant to Local Rule 1.4. If Mr. MacMull wishes to withdraw, the Court expects that any application under Local Rule 1.4 will initially rely solely upon information that can be disclosed publicly. If the motion does not provide sufficient information for the Court to evaluate the request, the Court may invite an *ex parte* communication. If Mr. MacMull submits a motion to withdraw by May 19, 2022, the Court will take up the motion at the teleconference scheduled for May 20, 2022 at 3:00 p.m.

    SO ORDERED.

Dated: May 18, 2022
       New York, New York

                                                                            GREGORY H. WOODS
                                                         United States District Judge