```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
SAMANTHA SIVA KUMARAN, et al.,                                    :
                                                                  :
                                          Plaintiffs,             :   1:20-cv-3873-GHW
                                                                  :
                       -v -                                       :   ORDER
                                                                  :
ADM INVESTOR SERVICES, INC.,                                      :
                                                                  :
                                          Defendant.              :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2022

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on May 20, 2022, Joel MacMull's motion to withdraw, Dkt. No. 141, is granted. In addition, Ms. Kumaran's motion for sanctions and costs against Mr. Kostus, Dkt. No. 135, is denied.

At the conference held on May 20, 2022, the Court also addressed the corporate plaintiff's continued failure to comply with the Court's orders. On May 5, 2022, the Court scheduled a conference for May 13, 2022 to discuss the motions filed at Dkt. Nos. 118, 119, and 121. Dkt. No. 123. After counsel for NRCM, NAM, and NHC failed to appear at the conference, the Court adjourned the conference. *See* Dkt. No. 133. On May 18, 2022, the Court scheduled a conference for May 20, 2022. Dkt. No. 138. Mr. Kostus, counsel for NRCM, NAM, and NHC again failed to appear at the May 20, 2022 conference. There is currently a conference scheduled for May 25, 2022 at 9:00 a.m. That conference will be held via telephone. NRCM, NAM, and NHC are specifically directed to appear at the conference through their counsel Mr. Kostus. Continued failure to comply with the Court's orders may result in any number of sanctions, including without limitation a finding that the party is in default.

The Clerk of Court is directed to terminate Joel MacMull from the list of active counsel in

this case, and to terminate the motions pending at Dkt. Nos. 135 and 141.

    SO ORDERED.

Dated: May 20, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge