USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                  :

SAMANTHA SIVA KUMARAN, et al.,           :

                             Plaintiffs,        :          1:20-cv-3873-GHW

                           -v -                     :            <u>ORDER</u>

ADM INVESTOR SERVICES, INC.,            :

                           Defendant.       :

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        For the reasons stated on the record at the conference held on June 2, 2022, Defendant's motion for fees and expenses, Dkt. No. 139, is granted. The parties are directed to submit a joint letter no later than June 9, 2022 regarding the timing and structure for Mr. Kostus to reimburse Defendant for the costs associated with Mr. Kostus's failure to appear at the conference held on May 13, 2022.

        In addition, the parties are directed to file a joint letter no later than June 9, 2022, containing the parties' position on whether the Court has the authority to address Plaintiffs' motions for reconsideration, Dkt. Nos. 118 and 121, in light of the notice of appeal filed by Plaintiffs at Dkt. No. 113 and the subsequent stay of the appeal by the Second Circuit. Defendant's oppositions to Plaintiffs' motions for reconsideration are due no later than June 17, 2022; Plaintiffs' replies, if any, are due within seven days after service of Defendant's oppositions. The Court will address Plaintiffs' motion for certification of an interlocutory appeal, Dkt. No. 119, and any potential next steps related to the motion, by separate order.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 139.

SO ORDERED.

Dated: June 2, 2022
      New York, New York

                                                              GREGORY H. WOODS
                                                           United States District Judge