UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2022
```

-------------------------------------------------------------- X
                                      :

SAMANTHA SIVA KUMARAN, et al.,      :
                                        :

                          Plaintiffs,   :             1:20-cv-3873-GHW
                                        :

                     -v -           :              <u>ORDER</u>
                                        :

ADM INVESTOR SERVICES, INC.,       :
                                        :

                        Defendant.   :
                                        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In addition to the other topics previously identified, the Court intends to address Ms.

Kumaran's motion regarding her concerns with Mr. Kostus's representation, Dkt. No. 165, at the

conference scheduled for June 17, 2022 at 4:00 p.m.

SO ORDERED.

Dated: June 13, 2022
      New York, New York

                                    GREGORY H. WOODS
                             United States District Judge