```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                          :

SAMANTHA SIVA KUMARAN, et al.,        :

                                     Plaintiffs,   :        1:20-cv-3873-GHW

                                     -v -                :        <u>ORDER</u>

ADM INVESTOR SERVICES, INC.,        :

                                     Defendant.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On June 18, 2022 the Court stayed this case through July 18, 2022 to allow Plaintiffs Nefertiti Risk Capital Management, LLC, Nefertiti Holding Company, and Nefertiti Asset Management, LLC (collectively, the "Corporate Plaintiffs") to search for and retain replacement counsel. Dkt. No. 182. Counsel entered a notice of appearance for the Corporate Plaintiffs on July 18, 2022. Dkt. No. 183. As of July 19, 2022, the stay in this case has lifted.

The Clerk of Court is directed to remove the notice of stay from the docket.

SO ORDERED.

Dated: July 19, 2022
       New York, New York

                                                         GREGORY H. WOODS
                                                     United States District Judge