```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                              :
SAMANTHA SIVA KUMARAN, et al.,      :

                       Plaintiffs,    :    1:20-cv-3873-GHW

                 -v -             :    <u>ORDER</u>

ADM INVESTOR SERVICES, INC.,     :

                     Defendant.  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The Court writes to clarify the order filed at Dkt. No. 184. The stay entered by the Court on June 18, 2022 was independent of the stay entered by the Honorable Judge Aaron on June 7, 2021. *Compare* Dkt. No. 63 *with* Dkt. No. 182. Although the stay entered on June 18, 2022 was lifted, *see* Dkt. No. 184, this case remains stayed pursuant to the June 7, 2021 order. *See* Dkt. Nos. 63, 91. The Clerk of Court is directed to indicate on the docket that this case is stayed.

      SO ORDERED.

Dated: July 19, 2022
       New York, New York

                                                               _____
                                                                   GREGORY H. WOODS
                                                                United States District Judge