May 30, 2023

<u>VIA ECF/EMAIL</u>

Honorable Judge Stewart Aaron
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: May 30, 2023

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED; DOC #: ____; DATE FILED: 5/30/2023]*

Re:   *Kumaran et al vs. ADMIS* 20-CV-3873-GHW-SDA

CONSENT LETTER FOR EXTENSION BRIEFING SCHEDULE

Dear Hon. Magistrate Judge Aaron,

There is currently a pending motion to transfer that was filed in this action 20-CV-3873 on May 18, 2023 (Dkt No. 203). Recently, this Court has ordered a briefing schedule in related case 20-CV-3668 for Plaintiffs to amend their complaint against Defendant Kadlec, the CEO of ADMIS, on or by June 7, 2023. In accordance with the email chain attached and consent from Defendant, Plaintiff respectfully requests a mutual short adjustment of seven extra days to the existing briefing schedule that is equitable to both parties, each, so as to avoid overlapping briefings.

Defendant consents to the schedule.

Opposition Due:

June 1, 2023   -> **June 8, 2023** (Revised Dates, seven extra days to a total of twenty-one days)

Replies Due:

June 8, 2023   -> **June 22, 2023** (Revised Dates, seven extra days from fourteen days)

We respectfully request the Court adopt the schedule. This would also afford Defendant the opportunity to view the complaint before filing any opposition.

Thank you.

Respectfully submitted,

/s/ Samantha S Kumaran
Individual Pro-Se Plaintiff
212-431-5098
samantha@timetricsrisk.com
Dated: May 30, 2023

cc/ All parties