October 19, 2023

**VIA ECF/EMAIL**

Honorable Magistrate Judge Stewart Aaron
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/24/2023

Application GRANTED. Defendants shall show cause no later than November 7, 2023 why the seal should not be removed. SO ORDERED.
Dated: October 24, 2023

Re:   *Kumaran et al vs. National Futures Association et al* 20-CV-3668-GHW-SDA
      *Kumaran et al vs. ADM Investor Services et al* 20-CV-3873-GHW-SDA

**LETTER MOTION TO FILE APPENDICES TEMPORARILY UNDER SEAL**

Dear Hon Judge Stewart Aaron,

Pursuant to Your Honor's Individual Rule 3, Plaintiff writes to respectfully request to temporarily file under seal the Appendices to the Preliminary Injunction which are to be filed with the motion and memorandum. Plaintiff does not believe the documents should be filed under seal and has approved the Appendices as redacted and acceptable for public filing.

However, as a courtesy to Defendants, who may believe some information – (e.g. inadvertent phone numbers, personal identifiers or other small data) - needs to be redacted, I am respectfully filing this under seal to afford the other side the opportunity to request any redactions.

Plaintiff requests this relief in the abundance of caution, as it is not clear if it is able to file this document in the public domain and does not want to inadvertently publish any of the other side's data. There has been a previous order in this case 20-CV-3873 Dkt. No. 64 permitting the sealing of financial data and certain exhibits. The Court has a copy of a previous confidentiality order. Plaintiff does not believe this applies as none of the information obtained herein was in discovery. Absolutely no discovery occurred. This document contains mostly email communications. Plaintiff does not want to be accused of and has no intention of violating any confidentiality orders to the extent they apply.

That said, none of this information appears to contain confidential information or financial data, and Plaintiff approves the filings for public filing. However, in compliance with Rule 3, this motion respectfully requests temporary filing under seal in case Defendants in this case want to argue otherwise.

Thank you.

Respectfully submitted,

/s/ Samantha S Kumaran
Individual Plaintiff
212-431-5098
samantha@timetricsrisk.com
October 19, 2023