USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,

                  Plaintiffs,

-against-

ADM Investor Services, Inc.,

                  Defendant.

1:20-cv-03873 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than November 7, 2023, Ms. Kumaran, as the client representative of NRCM, shall respond to the motion by Mr. Kleinman, to withdraw as counsel for NRCM in this action. (*See* Letter Motion, ECF No. 219.) Mr. Kleinman shall file any reply no later than November 14, 2023.

SO ORDERED.

Dated:    New York, New York
            October 24, 2023

_____
STEWART D. AARON
United States Magistrate Judge