UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Siva Kumaran, et al.,<br><br>                              Plaintiffs,<br><br>    -against-<br><br>National Futures Association, et al.<br><br>                              Defendants. | 1:20-cv-03668 (GHW) (SDA) |
| Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,<br><br>                              Plaintiffs,<br><br>    -against-<br><br>ADM Investor Services, Inc.,<br><br>                              Defendant. | 1:20-cv-03873 (GHW) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1.      The renewed motion to seal (20-cv-03873 ECF No. 244) filed by Randy Kleinman, counsel for the corporate Plaintiffs in the above-captioned actions, is GRANTED. However, because it appears that Plaintiff Kumaran has not received an unredacted copy of counsel's filing via email, he shall provide an unredacted copy to her no later than 5:00 p.m. today. In addition, no later than Monday, November 27, 2023, Attorney Kleinman shall confirm whether he is asserting a charging or retaining lien pursuant to Local Civil Rule 1.4.

2. Plaintiff Kumaran's motion for an extension of time until December 11, 2023 to respond to the motion to withdraw (20-cv-03873 ECF No. 245; 20-cv-03668 ECF No. 332) is GRANTED. Attorney Kleinman shall file any reply no later than December 18, 2023. No further extensions shall be granted.

**SO ORDERED.**

Dated:   New York, New York
         November 22, 2023

_____
STEWART D. AARON
United States Magistrate Judge