USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2024

# PIERCE & KWOK LLP
## ATTORNEYS AT LAW

AARON H. PIERCE ^     FRANK L. KWOK +     ADRIAN DE LEON*     MATTHEW C. HEERDE †

299 BROADWAY. STE. 1405, NEW YORK, NY 10007
O: 212.882.1752, F: 212.882.1742
WWW.PIERCEKWOK.COM

February 23, 2024

**VIA ECF/EMAIL**

Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

ENDORSEMENT: The motions filed at ECF Nos. 275 and 277 are deemed withdrawn. SO ORDERED.
Dated: February 23, 2024

Re:     ***Kumaran et al vs. ADM Investor Services, Inc.* 20-CV-3873-GHW-SDA**

**RE: REMOVAL OF MOTION AT DKT. No. 275/277**

Dear Hon. Judge Aaron;

We represent Plaintiff Nefertiti Risk Capital Management, LLC and respectfully write to notify the Court that the Docket Entry No. 275 and 277 was, as the court has since noted, incorrectly filed. The sole intention was to file the document for the purpose of service and notice only and is not intended to be an active motion to be addressed in this case. The motion, properly filed in the District of Connecticut, was uploaded in this Southern District action only to effectuate service upon Defendant ADM Investor Services, Inc. of the vacate motion [See case caption in motion document].

We therefore respectfully request that this motion be withdrawn. If possible and procedurally proper, we would like the filing to remain on the docket as only record of service and notice of the filing in Connecticut.

  We have also attempted to communicate with your Court, so far to no avail, so as to have the motion removed and refiled as a letter with the motion as an attachment for purposes of effectuating service only.

  We sincerely apologize for any confusion.

  Thank you.

                Respectfully submitted,

                Aaron H. Pierce Esq.

                Pierce & Kwok LLP