USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Siva Kumaran, et al., <br><br>        Plaintiffs, <br><br>-against- <br><br>National Futures Association, et al. <br><br>        Defendants. | 1:20-cv-03668 (GHW) (SDA) |
| Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC, <br><br>        Plaintiffs, <br><br>-against- <br><br>ADM Investor Services, Inc., <br><br>        Defendant. | 1:20-cv-03873 (GHW) (SDA) <br><br>**<u>ORDER</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. The deadline for NRCM to file, in this Court, any renewed motion to compel and/or motion for sanctions against its former counsel, Randy Kleinman, is extended until March 15, 2024.

2. The deadline for Plaintiff Kumaran to respond to Defendant Kadlec's motion for sanctions in 20-CV-03668 (ECF No. 356) is March 15, 2024 and the deadline for Defendant Kadlec to file any reply is March 22, 2024.

3. To the extent that Plaintiff Kumaran requests to proceed with discovery on her individual claims (*see* 2/26/24 Letter Motion, 20-CV-03668 ECF No. 363, 20-CV-03873

ECF No. 283), that request is denied as premature. In 20-CV-03668, the Court agrees with Defendant Kadlec that such request is premature given outstanding issues regarding the operative pleading. (*See* 2/27/24 Letter Response, 20-CV-03668 ECF No. 364.) Similarly, discovery in 20-CV-03873 is premature given the fact that Defendant ADMIS has not yet responded to Plaintiff Kumaran's individual claims. (*See* 2/27/24 Letter Response, 20-CV-03873 ECF No. 284.)

The Clerk of Court is respectfully requested to terminate the motion filed in 20-CV-03668 at ECF No. 363.

**SO ORDERED.**

Dated:   New York, New York
         March 8, 2024

_____
STEWART D. AARON
United States Magistrate Judge