**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Samantha Siva Kumaran, et al., | |
| Plaintiffs, | 1:20-cv-03668 (GHW) (SDA) |
| -against- | |
| National Futures Association, et al. | |
| Defendants. | |
| Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC, | |
| Plaintiffs, | 1:20-cv-03873 (GHW) (SDA) |
| -against- | |
| ADM Investor Services, Inc., | **ORDER** |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/13/2024

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiffs' request for a further extension of the deadlines set by this Court (*see* Pls.' 3/12/24 Letter, 20-CV-03668 ECF No. 376, at 1-2) is granted as follows:

1. The deadline for NRCM to file, in this Court, any renewed motion to compel and/or motion for sanctions against its former counsel, Randy Kleinman, is extended until March 29, 2024.

2.  The deadline for Plaintiff Kumaran to respond to Defendant Kadlec's motion for sanctions in 20-CV-03668 (ECF No. 356) is extended until March 29, 2024 and the deadline for Defendant Kadlec to file any reply is April 5, 2024.

**SO ORDERED.**

Dated:      New York, New York
            March 13, 2024

_____
STEWART D. AARON
United States Magistrate Judge