```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                 :
SAMANTHA SIVA KUMARAN, *et al.*, :
                 :
             Plaintiffs, :    1:20-cv-3873-GHW
                 :
       -v- :    <u>ORDER</u>
                 :
ADM INVESTOR SERVICES, INC., *et al.*, :
                 :
            Defendants. :
                 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On February 21, 2025, Plaintiff Samantha Siva Kumaran filed a reply brief in response to Defendants' opposition to Plaintiffs' motion for reconsideration; however, Plaintiff filed this reply brief on the docket of the related action, Case No. 1:20-cv-3668, Dkt. No. 471. The Court considers the brief as timely filed; however, the Court orders that Plaintiff Kumaran refile the reply brief on the docket of the proper case.

       SO ORDERED.

Dated: February 25, 2025
       New York, New York

                                                            _____
                                                            GREGORY H. WOODS
                                                        United States District Judge