```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,

                              Plaintiffs,

-against-

ADM Investor Services, Inc.,

                              Defendant.

1:20-cv-03873 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court is a Letter Motion (ECF No. 362) filed by Ms. Kumaran, as client representative of Plaintiff Nefertiti Risk Capital Management, LLC ("NRCM"), to extend the time for NRCM to appear by counsel given Plaintiffs' appeal of the Court's Order confirming the arbitration award against NRCM. (*See* 4/3/25 Notice of Interlocutory Appeal, ECF No. 358; 4/28/25 Notice of Interlocutory Appeal, ECF No. 361.)

To the extent Ms. Kumaran's motion seeks an extension of the deadline for NRCM to appear by counsel, that request is GRANTED. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Because the appeal involves NRCM's claims in this action, the Court is divested of jurisdiction over those claims. Accordingly, this action is stayed with respect to NRCM. NRCM shall appear by counsel within 14 days after the 25-805 Appeal is resolved.

However, to the extent Ms. Kumaran seeks a stay with respect to her individual claims, any such request is DENIED. Any claims by Ms. Kumaran in her individual capacity are not involved

in the appeal. The Court agrees with Defendant that, given the age of this case, those claims should move forward as promptly as practicable. (*See* Def.'s Response, ECF No. 363, at 2.) Ms. Kumaran and Defendant are directed to appear for a telephone conference on Wednesday, May 21, 2025 at 11:30 am to discuss the status of this action with respect to Ms. Kumaran's claims individually. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:    New York, New York
         May 1, 2025

_____
STEWART D. AARON
United States Magistrate Judge