USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,

                              Plaintiffs,

       -against-

ADM Investor Services, Inc.,

                              Defendant.

1:20-cv-03873 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with *pro se* Plaintiff Kumaran and Defendant, and for the reasons stated on the record, it is hereby ORDERED that Plaintiff Kumaran shall file any amended pleading with respect to her individual claims no later than June 20, 2025.

SO ORDERED.

Dated:       New York, New York
              May 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge