```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                    :
SAMANTHA SIVA KUMARAN, *et al.*,      :
                                                                    :
                                      Plaintiffs,    :        1:20-cv-3873-GHW
                                                                    :
                                    -v-                :        <u>ORDER</u>
                                                                    :
ADM INVESTOR SERVICES, INC.,      :
                                                                    :
                                  Defendant.    :
                                                                      :
----------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      On June 4, 2025, Ms. Kumaran filed a motion to stay this action, addressed to the Court. Dkt. No. 369.  Ms. Kumaran's motion is denied without prejudice.  This case is referred to Judge Aaron for all dispositive and general pretrial motions.  Dkt. No. 6.  Plaintiffs should therefore address such motions to Judge Aaron.

      Additionally, on June 4, 2025, Ms. Kumaran filed objections to Judge Aaron's order at Dkt. No. 367.  Dkt. No. 368.  However, the order at Dkt. No. 367 references "the reasons stated on the record" of a telephone conference before Judge Aaron.  For the Court to be able to properly address Ms. Kumaran's objections to that order, Ms. Kumaran is directed to request a transcript of the teleconference referenced in the order.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff Samantha Siva Kumaran by certified mail and to terminate the motion pending at Dkt. No. 369.

      SO ORDERED.

Dated: June 5, 2025

                                                           GREGORY H. WOODS
                                                    United States District Judge