```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                   :
SAMANTHA SIVA KUMARAN, et al.,                     :
                                                   :
                                    Plaintiffs,    :      1:20-cv-3873-GHW
                                                   :
                   -v-                             :      ORDER
                                                   :
ADM INVESTOR SERVICES, INC.,                       :
                                                   :
                                    Defendant.     :
                                                   :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2025

GREGORY H. WOODS, United States District Judge:

On July 18, 2025, Judge Aaron issued an order to show cause why Plaintiff Samantha Siva Kumaran's individual claims against Defendant should not be dismissed with prejudice for failure to comply with the orders of Judge Aaron and this Court requiring that she file an amended pleading no later than July 7, 2025. Dkt. No. 389. On July 21, 2025, Ms. Kumaran filed a letter motion for clarification and an extension of time to respond to the order to show cause. Dkt. No. 390. On July 22, 2025, Judge Aaron issued an order denying Ms. Kumaran's application. Dkt. No. 392. The July 22, 2025 order methodically outlined the procedural history that led to the issuance of the July 18, 2025 order to show cause. *See id.* Ms. Kumaran filed a response to the order to show cause on July 25, 2025. Dkt. No. 394.

On August 5, 2025, Ms. Kumaran filed objections to the July 22, 2025 order denying an extension of time to respond to the order to show cause and denying further clarification. Dkt. No. 396. When a party files objections to a non-dispositive order of the magistrate judge, the district judge must "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). Because Judge Aaron's July 22, 2025 order is a non-dispositive order, the

Court reviews the July 22, 2025 order for clear error or a decision contrary to law, and the Court finds none. Ms. Kumaran's objections at Dkt. No. 396 are overruled.

    SO ORDERED.

Dated: August 7, 2025
      New York, New York

                                               GREGORY H. WOODS
                                            United States District Judge