UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> ADM Investor Services, Inc., <br><br> Defendant. | 1:20-cv-03873 (GHW) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on August 8, 2025, this Court entered a Report and Recommendation and Order in which the Court "ORDERED that Plaintiff Kumaran shall reimburse ADMIS for the reasonable attorneys' fees it incurred in connection with Plaintiff Kumaran's failure to comply with the Court-imposed deadline to file her amended pleading" (8/8/25 R&R and Order, ECF No. 399, at 16); and

WHEREAS, in the August 8, 2025 R&R and Order, the Court set the following schedule: "No later than August 29, 2025, ADMIS shall submit a declaration (supported by contemporaneous billing records and attorney biographical information) setting forth the hours billed in connection with Plaintiff Kumaran's failure to comply with the Court-imposed deadline to file her amended pleading" and "Plaintiff Kumaran may file any response no later than September 12, 2025" (*id*.); and

WHEREAS, on August 22, 2025, Plaintiff Kumaran timely filed an objection to the August 8, 2025 R&R and Order (8/22/25 Obj., ECF No. 405); and

WHEREAS, on August 26, 2025, ADMIS timely filed the declaration and supporting documents that were required by the August 8, 2025 R&R and Order (Schumacher 8/26/25 Decl. & Ex. A, ECF Nos. 406 & 406-1); and

WHEREAS, ADMIS erroneously filed the required declaration and supporting documents as a "MOTION for Attorney Fees" (*see* ECF text accompanying docket entry for ECF No. 406); and

WHEREAS, on August 27, 2025, Plaintiff Kumaran filed a motion for an extension of time to respond to the documents filed at ECF No. 406 (Pl.'s 8/27/25 Ltr. Mot., ECF No. 407).

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. ADMIS's motion for attorneys' fees (ECF No. 406) is DENIED AS MOOT. The Court's August 8, 2025 R&R and Order already requires Plaintiff Kumaran to reimburse ADMIS for the reasonable attorneys' fees it incurred in connection with Plaintiff Kumaran's failure to comply with the Court-imposed deadline to file her amended pleading.

2. Plaintiff Kumaran's Letter Motion for an extension of time (ECF No. 407) is GRANTED. Given the pendency of the Objection to the August 8, 2025 R&R and Order, the prior September 12 deadline for Plaintiff Kumaran to respond to ADMIS's attorneys' fees submission is adjourned *sine die*. If the objection to the Court's grant of attorneys' fees to ADMIS is overruled, then the Court shall set a date for Plaintiff Kumaran to respond by subsequent Order.

**SO ORDERED.**

Dated:   New York, New York
         August 29, 2025

_____
STEWART D. AARON
United States Magistrate Judge